UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CAROLE SABBETH, individually and as
a member and on behalf of FUTURE 1st LLC.,

               Plaintiff,

          -against-

PATRICIA MANDARINO, FRANK
MANDARINO and ANGEL GUARD, LLC.,

              Defendants.

-------------------------------------------------------------X

**ORDER**
CV 07-1960 (SJF)(ARL)

**LINDSAY, Magistrate Judge:**

       Before the court, on referral from Judge Feuerstein, is the motion of Andrew Schnier seeking to be relieved as counsel for the plaintiffs. Although both the plaintiff and counsel for the defendants have been served with a copy of the motion, neither has submitted opposition. Prior to rendering a decision on the motion, the court will give Ms. Sabbeth and the defendants an opportunity to weigh-in. Accordingly, on or before September 19, 2008, Ms. Sabbeth and the defendants may submit a letter indicating their position regarding the motion.

       Counsel for the plaintiff is directed to serve a copy of this order on the plaintiff by certified mail, return receipt requested.

Dated: Central Islip, New York
       September 8, 2008

**SO ORDERED:**

_____/s/_____
ARLENE R. LINDSAY
United States Magistrate Judge